**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ANTHONY FOWLKES**                                                                 **PLAINTIFF**

**VS.**                                   **4:17CV00664-BRW-JTK**

**TIM RYALS,** *et al.*                                                            **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States

Magistrate Judge Jerome T. Kearney.    There have been no objections.    After a review of those

proposed findings and recommendations, the Court adopts them in their entirety.    Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's food and noise allegations are

DISMISSED, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 6th day of December, 2017.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE

1