IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY FOWLKES                                                                PLAINTIFF

4:17CV00664-BRW-JTK

TIM RYALS, *et al.*                                                            DEFENDANTS

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, I adopt them in their entirety.

Accordingly, Plaintiff's Motion to Freeze Defendants' Assets (Doc. No. 27), which I have construed as a Motion for Preliminary Injunction, is DENIED.

IT IS SO ORDERED this 5th day of June, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE