**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ANTHONY FOWLKES** **PLAINTIFF**

**VS.** **4:17CV00664-BRW-JTK**

**TIM RYALS, *et al.*** **DEFENDANTS**

**ORDER**

I have received proposed findings and recommendations (Doc. No. 41) from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, I adopt them in their entirety.

Plaintiff's objections allege that Defendants refused to respond to interrogatories because they were "not received by the 10th of July" but were received on July 13. Plaintiff alleges that he mailed them on July 9. If Plaintiff's allegations are accurate, Defendants need to comply with Federal Rule of Civil Procedure 6(d) and the "Mailbox Rule." However, this issue did not affect the Recommended Disposition or pending Motion for Summary Judgment.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 37) is GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice.

An appropriate Judgment will accompany this Order.

IT IS SO ORDERED this 13th day of September, 2018.

/s/ Billy Roy Wilson ____________
UNITED STATES DISTRICT JUDGE