IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY FOWLKES                                                                    PLAINTIFF

VS.                                  4:17CV00664-BRW-JTK

TIM RYALS, et al.                                                                 DEFENDANTS

## JUDGMENT

Based on the Order entered today, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice.   The relief sought is denied.

IT IS SO ORDERED this 13th day of September, 2018.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE

1